■ In the Matter of INJAH TAFARI, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [748 NYS2d 300] —CPLR

article 78 proceeding transferred to this Court by an order of Supreme Court, Wyoming County (Dadd, J.), entered February 26, 2002, seeking to review a determination of respondent after a Tier III hearing.

It is hereby ordered that said proceeding be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996). Present—Pine, J.P., Hayes, Hurlbutt, Kehoe and Burns, JJ.